# STATE OF MICHIGAN

# COURT OF APPEALS

CATHLEEN MARIE CRUCHON,

        Plaintiff-Appellee/Cross-Appellant,

v

BARO MINI STORAGE,

        Defendant-Appellant/Cross-
        Appellee,

and

NEW IMAGE LANDSCAPE LLC,

        Defendant.

UNPUBLISHED
May 24, 2016

No. 326522
Macomb Circuit Court
LC No. 2014-000998-NO

Before: MURPHY, P.J., and CAVANAGH and RONAYNE KRAUSE, JJ.

RONAYNE KRAUSE, J. (*concurring*).

    I concur in result only.

                             /s/ Amy Ronayne Krause

-1-